IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:99CR202 |
| Plaintiff, | ) | 8:10CR192 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY MOUNTAIN, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Donald L. Schense is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the defendant shall make a partial payment no later than June 9, 2010, of $250.00 in Case Number 8:99CR202 and $250.00 in Case Number 8:10CR192, a reimbursement of fees to be expended on his behalf pursuant to 18 U.S.C. 3006A(f). Said amount to be paid to the Clerk of the Court for deposit in the Treasury.

**IT IS FURTHER ORDERED**  that the Clerk shall provide a copy of this order to the Federal Public Defender and Donald L. Schense.

DATED this 26th day of May, 2010.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge